# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma



CR 22-111

Petty ☐  Misdemeanor ☐  Felony ✓  USAO No.: _____  Case No. **CR 22-111**

Charging Document: **Indictment**  No. of Defendants: **2**  Total No. of Counts: **5**  Sealed: Y ☐

Forfeiture: Y ✓  OCDETF: Y ☐  McGirt: Y ☐  Warrant ✓  Summons ☐  Notice ☐  N ✓

N ☐  N ✓  N ✓  Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: **cz**

| | |
|---|---|
| Name: **ANTHONY LLOYD BASS** | APR 0 5 2022 |

| Alias(es): | Address: |
|---|---|
| | FBI No.: |

| DOB: XX/XX/1993 | SSN: XX-XX-7092 | Race: Black | Interpreter: Y ☐  N ✓ |
|---|---|---|---|
| Sex: M ✓  F ☐ | Juvenile: Y ☐  N ✓ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**  |  **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody  ✓ Detention Requested  |  Complaint: Y ✓  N ☐

☐ Type of Bond: _____  |  Magistrate Judge Case No.: MJ- 22-229-P

✓ In Custody at: Oklahoma County Detention

Inmate/Prisoner/Register No.: _____  |  Previously Detained: Y ☐  N ✓

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  Name: _____  AUSA: STANLEY J. WEST

☐ CJA Panel  Address: _____  Agent /Agency: ATF

☐ Retained  _____

Phone: _____  Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d) 21 U.S.C. § 853 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

RECEIVED

APR 0 6 2022

Signature of AUSA: s/ Stanley J. West  Date: 03/31/2022

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

3/21