**SENTENCING MINUTE SHEET**                              DATE     8/4/2023
**COURTROOM: 503**

**CASE NO. CR-22-111-PRW**       Style: **USA v. ANTHONY LLOYD BASS**

COMMENCED:   10:30 am     ENDED:   11:35 am       TOTAL TIME:   1 Hour 5 Minutes

JUDGE Patrick R. Wyrick          DEPUTY: Kathy Spaulding        REPORTER: Tracy Thompson

Plf's Counsel:   Stan West
Dft's Counsel:   Jason Murry
Probation Officer:   Alexis Maltz
Interpreter:   N/A

SENTENCING MINUTE: Defendant appears in person with counsel.    Presentence Report reviewed by government's counsel, defendant's counsel and defendant. Objections to Presentence Report/Motions heard and the Court makes rulings on same. The Court makes Rule 32(i) Findings. The portions of the Presentence Investigation Report for which no objections were lodged are adopted as the Court's additional findings for purposes of sentencing. The Government makes an oral motion for the additional one-point reduction for acceptance of responsibility; The Court GRANTS. The Court hears statement from defendant's Mother.

Defendant is sentenced to the custody of the Bureau of Prisons for a term of 84 months. This sentence shall run concurrently to the sentence the defendant is currently serving in the Oklahoma Department of Corrections in Oklahoma County cases.

Upon expiration of sentence imposed herein, dft shall serve a term of supervised release of 3 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. The defendant shall comply with the standard conditions of supervision adopted by this Court and shall not possess a firearm or other destructive device and shall cooperate in the collection of DNA, as directed by law.

The defendant shall comply with the special conditions listed in Part D of the PSR. The Court adopts the Probation Officer's justification for each of these conditions, as detailed in Part D of the Report.

Fine waived due to dft's inability to pay a fine.

The defendant shall forfeit to the United States all right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dated September 28, 2022.

Defendant Ordered to pay special assessment of $100.00 due immediately.

Defendant is advised of right to appeal the judgment, sentence and conviction to the US Court of Appeals for the Tenth Circuit and of right to appeal in forma pauperis.

Court recommends that the defendant be incarcerated at FCI El Reno.

Court recommends that dft participate in the Inmate Financial Responsibility program, while incarcerated, at a rate determined by Bureau of Prisons staff in accordance with the requirements of the Inmate Financial Responsibility program.

The Court recommends that defendant participate in the Residential Drug Abuse Program (RDAP) while incarcerated, if eligible.

The defendant is REMANDED to the custody of the U.S. Marshal.